UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Reality Lucas

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21 MAG 4427

Defendant **Reality Lucas** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

**X** Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X** Bail/Detention Hearing

**X** Conference Before a Judicial Officer

/s/ by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Reality Lucas
_____
Print Defendant's Name

/s/ Sylvie Levine
_____
Defendant's Counsel's Signature

Sylvie Levine
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-7-2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge